**CARLEY PRINTING CO. v. FLEMING et al. (No. 6158.)**

(Court of Civil Appeals of Texas. Austin. Feb. 18, 1920. Rehearing Denied March 31, 1920.)

**Appeal and error &lrhar;1071(1)—Failure to file findings and conclusions reversible.**

Where action was tried by the court and plaintiff seasonably requested the filing of findings of fact and conclusions of law, judgment for defendants must be reversed on plaintiff's appeal; no statement of facts having been filed.

Appeal from McLennan County Court; Jas. P. Alexander, Judge.

Action by the Carley Printing Company against S. S. Fleming and others. From a judgment for defendants, plaintiff appeals. Reversed and remanded.

J. D. Willis and R. L. Neal, both of Waco, for appellant.

Alva Bryan, Jake Tirey, and W. L. Eason, all of Waco, for appellees.

JENKINS, J. Appellant brought suit against appellees for the alleged conversion of certain personal property. The case was tried before the court without a jury, and judgment was rendered for the appellees. Appellant duly requested the court to file its findings of fact and conclusions of law. This was not done. Appellant excepted to the action of the court in failing to file findings of fact and conclusions of law. No statement of facts has been filed in this court. Such being the state of the record, this case must be reversed and remanded. Wandry v. Williams, 103 Tex. 91, 124 S. W. 85; Sutherland v. Kirkland, 134 S. W. 851; Wood v. Smith, 141 S. W. 796; Ry. Co. v. Turner, 193 S. W. 1087; Lester v. Oldham, 208 S. W. 575; Buckner v. Davis, 61 Tex. Civ. App. 493, 129 S. W. 639; Stryker v. Van Velzer, 212 S. W. 675.

Reversed and remanded.